YANKEE GAS SERVICES COMPANY *v.* JOSEPH
DASILVA, JR., ET AL.
CONNECTICUT LIGHT AND POWER COMPANY *v.* JOSEPH
DASILVA, JR., ET AL.
YANKEE GAS SERVICES COMPANY *v.*
JOSEPH DASILVA, JR.

The defendants' petition for certification for appeal from the Appellate Court, 25 Conn. App. 226, is denied.

*Steven M. Olivo,* in support of the petition.

*Patrick J. O'Connell,* in opposition.

Decided September 19, 1991

CHARLES TYSON *v.* WARDEN, STATE PRISON

The petitioner's petition for certification for appeal from the Appellate Court, 24 Conn. App. 729, is denied.

*Louis S. Avitabile,* special public defender, in support of the petition.

*Jacqueline J. Footman,* deputy assistant state's attorney, in opposition.

Decided September 19, 1991

STATE OF CONNECTICUT *v.* JEFFREY A. WALKER

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 737, is denied.

*Kent Drager,* assistant public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided September 19, 1991